**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
**rwasserman@mayallaw.com**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

**Attorneys for Defendants,**
**Kevin B. Cheam and Julie Lim**

**CENTER FOR DISABILITY ACCESS**
**Phyl Grace (SBN 171771)**
**phylg@potterhandy.com**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
**Telephone (858) 375-7385**
**Facsimile (858) 422-5191**

**Attorneys for Plaintiff,**
**Scott Johnson**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | **Case No.: 2:17-cv-01525-JAM-CKD** |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING OF A RESPONSIVE PLEADING AND JOINT STATUS REPORT** |
| vs. | |
| **Kevin B. Cheam; Julie Lim; , and Does 1-10,** | |
| Defendants. | |

/ / /

/ / /

---

| | |
|---|---|
| 1 | Having reviewed the parties' Joint Stipulation to Extend the Deadline for the |
| 2 | filing of a Responsive Pleading and Joint Status Report, and the Declarations |
| 3 | submitted by counsel in support thereof, the District Court hereby approves said |
| 4 | Stipulation. A Responsive Pleading shall be filed by Defendants in this matter on or |
| 5 | before October 13, 2017. The deadline for the filing of the Parties' Joint Status |
| 6 | Report is also extended to November 4, 2017. |

**DATED**: 9/13/2017

/s/ John A. Mendez_____
HONORALBE JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE